# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CYNTHIA LOUISE BARTLETT-McNAMARA,

Appellant,

v.

PROGRESS RESIDENTIAL, LLC; PRETIUM PARTNERS, LLC; PROGRESS
RESIDENTIAL BORROWER 3 LLC; and PROGRESS RESIDENTIAL
PROPERTY MANAGER, LLC,

Appellees.

No. 2D2022-3029
_____

June 21, 2024

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

Michael Valen of Rubenstein Law, P.A., Miami, and Luis G. Figueroa
(substituted as counsel of record) and Adam Richardson of Burlington &
Rockenbach, P.A., West Palm Beach, for Appellant.

Meredith Delcamp, Erik R. Matheny, S. Elizabeth King, and Alyssa L.
Cory of Shutts & Bowen LLP, for Appellees.


PER CURIAM.

   Affirmed.


NORTHCUTT, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior publication.